# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

IAN WEDDLE, )
        Plaintiff, )
)
v )  Case No.: 11–CV-095-CVE-FHM
)
FARMERS INSURANCE COMPANY, )
INC., a Foreign Corporation, )
)
        Defendant. )

## **OPINION AND ORDER**

Defendant's Motion for Independent Medical Examination [Dkt. 21] is denied without prejudice for failure to comply with LCvR 37.1.

SO ORDERED this 9th day of August, 2011.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE